FILED
2012 JUL 19 PM 3:51
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
RIVERSIDE
BY: _____

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HSBC BANK USA, NATIONAL ASSOCIATION, AS INDENTURE TRUSTEE OF THE FIELDSTONE MORTGAGE INVESTMENT TRUST, SERIES 2006-2,<br><br>Plaintiff,<br><br>v.<br><br>NORBERTO ARJONA,<br><br>Defendant. | Case No. EDCV 12-1113-UA (DUTYx)<br><br>ORDER RE: SUMMARY REMAND DUE TO IMPROPER REMOVAL |

On July 5, 2012, Norberto Arjona ("Defendant"), lodged a Notice Of Removal, a Complaint for unlawful detainer and damages, and an application to proceed *in forma pauperis*. Plaintiff has brought suit in a straight-forward unlawful detainer action in the San Bernardino County Superior Court, San Bernardino Branch. The Court has denied the aforementioned application under separate cover because this action was not properly removed. As a result, the Court issues this Order to remand the action to state court.

Plaintiff could not have brought this action in federal court based on federal question jurisdiction because the underlying matter is a straight-forward unlawful detainer action. 28 U.S.C. §§ 1331, 1441(a). Further, assuming a claim of diversity

1 | jurisdiction was to be asserted as a basis for removal, the Court notes Plaintiff in the
2 | unlawful detainer action seeks damages which do not exceed the $75,000 threshold,
3 | excluding interest and costs. 28 U.S.C. §§ 1332(a), 1441(b).

4 |     Accordingly, IT IS ORDERED that (1) this matter be REMANDED to the
5 | Superior Court of California, San Bernardino County, San Bernardino Branch, 303 W.
6 | Third Street, San Bernardino, California 92415-0210, for lack of subject matter
7 | jurisdiction pursuant to 28 U.S.C. § 1447(c); (2) that the Clerk send a certified copy of
8 | this Order to the state court; and (3) that the Clerk serve copies of this Order on the
9 | parties.

11 | **IT IS SO ORDERED.**

13 | DATED: 7/19, 2012

HONORABLE AUDREY B. COLLINS
Chief United States District Judge

16 | Presented by:

HONORABLE OSWALD PARADA
United States Magistrate Judge

2